Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Northern__ District of __New York__
__Albany__ Division

| | |
|---|---|
| __Adam Albright__ | Case No. __1:25-cv-925__ (AMN/TWD) |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| __NYS Dept of Tax + Fin. + List of Employ(s) et Al__ | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Adam Albright
   Street Address    10 Margaret Drive
   City and County   Loudonville
   State and Zip Code  NY, 12211
   Telephone Number  838.280.0622
   E-mail Address    Ha311 AL

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an (individual,) a (government agency,) an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Department of Tax + Fin. NYS
Job or Title (if known): Institutional capacity
Street Address: Bldg 9, State Campus,
City and County: Albany, Albany
State and Zip Code: NY 12227
Telephone Number:
E-mail Address (if known): Amanda.Hiler@Tax.NY.Gov

**Defendant No. 2**
Name: Ms. Amanda Hiler
Job or Title (if known): Com. Public Servent Capacity + Individual cap.
Street Address: Bldg 9, State Campus
City and County: Albany, Albany
State and Zip Code: 12227
Telephone Number:
E-mail Address (if known): Amanda.Hiler@Tax.NY.Gov

(margin note: Sam A) #1)

**Defendant No. 3**
Name: Ms. Mary Ellen Ladource
Job or Title (if known): In: offical + Personal/Ind Capacitie,
Street Address: Bldg 9, State Campus
City and County: Albany - Albany
State and Zip Code: 12227
Telephone Number: 518.457-2070
E-mail Address (if known): MaryEllen.Landoucell@Tax.NY.Gov

**Defendant No. 4**
Name: Mr. Petter Ellis
Job or Title (if known): In Capacities: Personal + official capacities,
Street Address: Bldg 9, Rm. State Campus
City and County: Albany, Albany
State and Zip Code: NY 12227
Telephone Number:
E-mail Address (if known): Petter.Ellis@Tax.NY.Gov

II. **Basis for Jurisdiction**   *Article III*   *involved Con. Trust*

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Art. III. Edwardable*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is (an individual)
       The plaintiff, *(name)* Adam Albright, is a citizen of the State of *(name)* New York.

    b. If the plaintiff is a ~~corporation~~ Public Officer
       The plaintiff, *(name)* ADAM J. ALBRIGHT, is incorporated under the laws of the State of *(name)* New York,
       and has its principal place of business in the State of *(name)* 10 Margaret Dr. Albany, NY, 12211

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- A Breach of Chain of Command - Authintication of Doc.
- To TX Payer data Handling - Retaliations.
- Weponoization of Admin & Public law - Med Evaluation
- Involuntary Med Leave.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ART III - Equitable Relief.
Halt, Stop. Med. Defamations
Restor the Auditor Rights, Titel, Intres]
In full Capacity, Equitable in S[rvs].

Page 4 of 5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/15/25

Signature of Plaintiff
Printed Name of Plaintiff   Adam Jefferson Albright

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

c. Defendant: Mr. Joseph DiGaudio
Official Position: In official & Personal Capacities,
Address: Bldg 9 State Campus
Albany, NY Albany
NY 12227
Joseph.DiGaudio@Tax.NY.Gov

d. Defendant: Ms. Mreen Wickwire-Wissick
Official Position: In official & Personal Capacities
Address: Bldg 9 State Campus
Albany, NY 12227
Mreen.wickwire-wissick@Tax.NY.Gov

e. Defendant: Ms. Maria Matos
Official Position: In official & Personal Capacities.
Address: Bldg 9 State Campus
Albany, NY 12227
Maria.Matos@Tax.NY.Gov

f. Defendant: Ms. Patricia Gentile
Official Position: In official & Personal Capacities
Address: Bldg 9 State Campus.
Albany NY 12227
Patricia.Gentile@Tax.NY.Gov

Defendant: Mr. Joseph DiFiondio
Official Position: In individual + Personal capacity,
Address: Bldg 9 State Campus
Albany, NY 12227
Joseph.DiFiondio@tax.ny.gov

Defendant: Ms. Meera Wickwire-Wissick
Official Position: In official + Personal Capacity
Address: Bldg 9 State Campus
Albany, NY 12227
MeeraWickwire-Wissick@tax.ny.gov

Defendant: Ms. Nora Mateos
Official Position: In official + Personal capacity
Address: Bldg 9, State Campus
Albany, NY 12227
Nora.Mateos@tax.ny.gov

Defendant: Ms. Patricia Caufield
Official Position: In official + Personal Capacity
Address: Bldg 9 - State Campus
Albany, NY 12227
Patricia.Caufield@tax.ny.gov

g. Defendant: Ms. Nancy Small Niblock
Official Position: In Personal & Official Capacities
Address: Bldg 9 State Campus
Albany, NY 12227
Nancy.Small.Niblock@Tax.NY.Gov

h. Defendant: Ms. Lindsey Ryan
Official Position: In Official & Personal Capcity
Address: Bldg 9 State Campus
Albany, NY 12227
Lindsey.Ryan@Tax.NY.Gov

i. Defendant: Ms. Danielle Jacobsen
Official Position: Bldg 9 State Campus, Rm
Address: Albany NY 12227
In Personal & Official Capacities
Danielle.Jacobsen@Tax.NY.Gov

j. Defendant: Ms. Rebecca Manning
Official Position: In Official & Personal Capacity
Address: Bldg 9 State Campus
Albany NY 12227
Rebecca.Manning@Tax.NY.Gov

g. Defendant: Ms. Sarah Niemitalo
Official Position: In official & Personal Capacities
Address: Bldg 9 State Campus
Albany NY 12227
Sarah.Niemitalo@Tax.NY.Gov

h. Defendant: Mr. Mitchell Baitsholts
Official Position: In official & Personal Capacities
Address: Bldg 9 State Campus
Albany 12227
Mitchell.Baitsholts@Tax.NY.Gov

i. Defendant: Mr Daniel Polley
Official Position: In official & Personal Capacities
Address: Bldg 9 Campus
Albany, NY 12227
Daniel.P.Polley@Tax.NY.Gov

j. Defendant: Mr John McCormack
Official Position: In official & Personal Capacities
Address: Bldg 9 State Campus
Albany, NY 12227
John.McCormack@Tax.NY.Gov